UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SANTIAGO GOMEZ,

                                    Plaintiff,

v.

NISSIN FOODS CO., INC.,

                                    Defendant.

Case No.:  3:18-cv-01658-GPC-NLS

**ORDER REGARDING FAILURE TO PAY FILING FEE OR FILE MOTION TO PROCEED IN FORMA PAUPERIS**

Plaintiff filed this case on July 20, 2018.  (ECF No. 1.)  No filing fee has been paid with respect to this case, and Plaintiff has not filed a motion for leave to proceed in forma pauperis.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.  *See* 28 U.S.C. § 1914(a).  An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  A Court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees.  *See*

1

28 U.S.C. § 1915(a). Such an affidavit must include a complete statement of the plaintiff's assets. *See id.*

Because the filing fee in this case has not been paid and no motion for leave to proceed in forma pauperis has been filed, the Court ORDERS that Plaintiff, within seven days of the date this order is issued, either (1) pay the filing fee or (2) file a motion to proceed in forma pauperis. If Plaintiff fails to do so, the Court will dismiss the case without prejudice.

**IT IS SO ORDERED.**

Dated: July 23, 2018

Hon. Gonzalo P. Curiel
United States District Judge